# Court of Appeals
# of the State of Georgia

ATLANTA,  March 17, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1467. TARIA MCKINNEY v. IMP ELEVATE WEST VILLAGE, LLC.

This dispossessory proceeding began in magistrate court. After the landlord obtained a writ of possession, Taria McKinney filed a petition for review to the superior court. On February 6, 2026, the superior court granted a writ of possession for failing to pay rent into the court registry. McKinney filed a direct appeal to this Court on February 24, 2026. We, however, lack jurisdiction.

First, because the underlying issue involves the superior court's de novo review of a magistrate court ruling, McKinney was required to follow the discretionary appeal procedures. See OCGA § 5-6-35(a)(1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Second, the notice of appeal is untimely. Under OCGA § 44-7-56(b)(1), a notice of appeal in a dispossessory action "shall be filed within seven days of the date such judgment was entered." Here, however, McKinney filed the notice of appeal 18 days after entry of the superior court's order.

For these reasons, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/17/2026*

> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.